# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                              Plaintiff,

v.                                                          Case No. 16-CR-157-1-JPS

BRANDON J. MICKEY,

                              Defendant.                    **ORDER**

On November 23, 2016, the government filed a motion to dismiss the Indictment in this matter as to Defendant Brandon Mickey without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). (Docket #19). This Rule provides that the government may dismiss an indictment prior to trial only with leave of the court. Fed. R. Crim. Pro. 48(a). Having considered the motion and the entire record herein, the Court will grant the motion.

Accordingly,

**IT IS ORDERED** that the government's motion for leave to dismiss the Indictment as to Defendant Brandon Mickey without prejudice (Docket #19) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 6th day of December, 2016.

BY THE COURT:

s/ *J. P. Stadtmueller*
J.P. Stadtmueller
U.S. District Judge